WILLIAM J. McEVOY, Appellant, *v.* (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Respondent.

Argued April 10, 1946; decided May 29, 1946.

907

*Frederick H. Koschwitz* for appellant.

*Stuart N. Updike* and *Edward M. Maher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.